UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL CROTTI,
         Plaintiff,

-vs-                                     Case No. 6:06-cv-1868-Orl-28DAB

DON NELSON, INC.,
DONALD A. NELSON,
ANGELA M. NELSON,
         Defendants.
_____

## ORDER

This case is before the Court on the Joint Motion to Approve Settlement and Dismiss Case (Doc. No. 21) filed February 21, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed March 12, 2007 (Doc. No. 25) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The settlement agreement is **APPROVED**.

    3.    This case is dismissed with prejudice.

    4.    The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___6th___ day of April, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party